UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | |
|---|---|
| REGINALD CLEMENT, : | |
| : | CASE NO. 1:13-CV-00389 |
| Petitioner, : | |
| : | |
| v. : | OPINION & ORDER |
| : | [Resolving Doc. No. 1] |
| BENNIE KELLY, Warden, : | |
| : | |
| Respondent. : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 24, 2013, Magistrate Judge Vecchiarelli recommended the Court dismiss Petitioner Clement's petition under 28 U.S.C. § 2254.[1] On October 4, 2013, Petitioner moved to extend the time within which to file objections to the Report and Recommendation.[2] On October 8, 2013, the Court granted the motion for additional time and ordered Petitioner to object to the Report and Recommendation by November 8, 2013.[3] Petitioner Clement did not file an objection. The Court now **ADOPTS** Magistrate Judge Vecchiarelli's well-reasoned Report and Recommendation and **DISMISSES WITH PREJUDICE** the petition.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made objected.[4] Failure to object within the time authorized by the Federal Rules of Civil Procedure or other court order

---

[1] Doc. 10.
[2] Doc. 11.
[3] Doc. 12.
[4] 28 U.S.C. § 636(b)(1).

Case No. 1:13-CV-00389
Gwin, J.

waives a party's right to appeal the Magistrate Judge's recommendation.[5/] If neither party objects to the Report and Recommendation, a district court may adopt it without review.[6/] However, this Court has conducted its own review of the petition and traverse[7/] and agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Vecchiarelli's Report and Recommendation. The Court **DISMISSES WITH PREJUDICE** Clement's § 2254 petition. Moreover, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and no basis exists upon which to issue a certificate of appealability.[8/]

IT IS SO ORDERED.

Dated: November 14, 2013      s/ *James S. Gwin*
     JAMES S. GWIN
     UNITED STATES DISTRICT JUDGE

---

[5/] *See Thomas v. Arn*, 474 U.S. 140, 147-55 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[6/] *Thomas*, 474 U.S. at 149.
[7/] *See* Docs. 1, 9.
[8/] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).